IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KENNETH X. REDFERN, | * |
| Plaintiff, | * |
| v. | *   Civil Action No. JKB-13-00952 |
| WARDEN, BALTIMORE CITY | * |
| DETENTION CENTER | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF DEBORAH CARTER

I HEREBY CERTIFY that I am over 18 years of age, a resident of Maryland, competent to give testimony, and have personal knowledge of the facts set forth herein.

1. I have been continuously employed as an employee of the Department of Public Safety and Correctional Services since 1993. I am currently the Director of the Central Records Department for Baltimore Central Booking and Intake Center and Baltimore City Detention Center.

2. As the Director of the Central Records Department my job duties include, but are not limited to, oversight and training of Central Records Department employees, verifying releases, and overall operation of the Central Records Department. I am also the custodian of certain records kept by the Baltimore City Detention Center and Baltimore Central Booking and Intake Center, which include commitment pending hearing records, sentence commitments, transportation records, etc.

3. In reviewing the Central Records Department records for Plaintiff Kenneth X. Redfern, I was able to determine that he was committed to the Baltimore City Detention

Center on May 4, 2012, on various criminal charges. By Order of the Circuit Court for Baltimore City, in Case No. 11245019, Kenneth X. Redfern was committed to the Department of Health and Mental Hygiene for inpatient treatment at Recovery Network, 814 North Broadway, Baltimore, Maryland 21205, beginning on April 23, 2013, ending upon completion of or termination of treatment.

    4. By reviewing the Baltimore City Detention Center "Body Receipt", I am able to state that on April 23, 2013, Kenneth X. Redfern was transported from the Baltimore City Detention Center, and released to the custody of Recovery Network, as ordered by the Circuit Court for Baltimore City.

    5. The records identified herein were made at or near the time of event, made by a person with knowledge or information, made and kept in the ordinary course of a regularly scheduled business activity, and kept by the Central Records Department as a regular practice of that Department's business.

    I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_May 17, 2013_
Date

_Deborah Carter_
Deborah Carter
Director
Central Records Department

2