## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

KENNETH X. REDFERN, #1208140          *
                                      *
Plaintiff,                            *
                                      *
v                                     *          Civil Action No. JKB-13-952
                                      *
WARDEN, BALTIMORE CITY                *
  DETENTION CENTER                    *
                                      *
Defendant.                            *
                                     ***

## MEMORANDUM

Before the court is defendant's motion to dismiss or for summary judgment. (ECF No. 5). On March 29, 2013, the court granted self-represented plaintiff Kenneth Redfern ("Redfern"), then confined at the Baltimore City Detention Center ("BCDC"), twenty-eight days to supplement his claims. After the twenty-eight day period expired without supplementation, the court, deeming Redfern's unspecific allegations of danger at BCDC sufficiently serious to construe his letter as a prisoner civil rights complaint under 42 U.S.C § 1983 for emergency injunctive relief, directed the Maryland Attorney General to file an expedited response.

Defendant, by his counsel, requests dismissal of this case because Redfern has not maintained a current address on file with the Clerk; therefore, Redfern has failed to comply with an order of this court (ECF No. 3) and Local Rule 102.1.b.iii (2011). Redfern was released from the Baltimore City Detention Center on April 23, 2013, and is no longer subject to the alleged conditions in that facility. (ECF No. 5, Exhibit A).[1]

---

[1] Redfern was not listed on the Maryland Department of Public Safety and Correctional Services Inmate Locater, *see* http://www.dpscs.state.md.us/inmate/search.do?searchType=name&firstnm=kenneth&lastnm=REDFERN, as of the date this memorandum and order were signed.

Redfern has failed to comply with court order and local rules. Accordingly, this case will

be dismissed without prejudice by order to follow.

_James K. Bredar_     5/31/13
James K. Bredar
United States District Judge